UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: 2:19-cv-14454

Daniel A. ONeal,

          Plaintiff,

vs.

Sequium Asset Solutions, LLC,

          Defendant.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 13, 2020

          Respectfully submitted,

          By /s/ Matthew Fornaro

          Matthew Fornaro, Esq.
          Florida Bar No. 0650641
          Matthew Fornaro, P.A.
          11555 Heron Bay Boulevard, Suite 200
          Coral Springs, FL 33076
          Telephone: (954) 324-3651
          Facsimile: (954) 248-2099
          E-mail: mfornaro@fornarolegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2020, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Southern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Matthew Fornaro

                                               Matthew Fornaro